UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20170-CIV-LENARD/WHITE

**EDUARDO SANCHEZ**,

        Petitioner,

vs.

**UNITED STATES**,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 11) AND ORDER OF TRANSFER

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 11), issued on March 3, 2010. In his Report, Magistrate Judge White recommends that Petitioner's petition for writ of mandamus pursuant to 28 U.S.C. § 1361, 1381(e)(4) be transferred to the appropriate venue in the United States District Court in the Northern District of Texas. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 11), issued on March 3, 2010, is **ADOPTED.**

2. The Clerk of this Court shall forthwith transfer this action to the United States District Court, Northern District of Texas, Abilene Division for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of March, 2010.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**